**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 6, 2022.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-22-00589-CV

---

## METROPOLITAN TRANSIT AUTHORITY OF HARRIS COUNTY, TEXAS, Appellant

**V.**

## JOHN CARTER, Appellee

---

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-08386**

---

### MEMORANDUM OPINION

This is an accelerated and interlocutory appeal from an order signed August 8, 2022 denying appellant's governmental-immunity-based plea to the jurisdiction. On November 15, 2022, appellant filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Zimmerer.